**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: NEIS, CHRISTOPHER W. § | Case No. 09-71404 |
| NEIS, ANGELA A. § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 08, 2009. The undersigned trustee was appointed on December 21, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $         56,001.85

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 19,798.61 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 18,115.89 |
   | Leaving a balance on hand of[1]   $ | 18,087.35 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/11/2010 and the deadline for filing governmental claims was 03/11/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,538.60. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,538.60, for a total compensation of $4,538.60.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $271.36, for total expenses of $271.36.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/19/2011         By:/s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-71404 | Trustee: | (330400) | JOSEPH D. OLSEN |
| --- | --- | --- | --- | --- |
| Case Name: | NEIS, CHRISTOPHER W. | Filed (f) or Converted (c): | 04/08/09 (f) | |
| | NEIS, ANGELA A. | §341(a) Meeting Date: | 05/20/09 | |
| Period Ending: | 07/19/11 | Claims Bar Date: | 03/11/10 | |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Timeshare - Bluegreen Vacation | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 12433 Loran Road, | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account - Savanna Thompson State Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account - National Bank Curves | 200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods and furnishings | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Baseball card collection | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing - none of commercial value | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Furs and jewelry - none of commercial value | 100.00 | 0.00 | DA | 0.00 | FA |
| 10 | IRA | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Angela Neis owns Curves business in Savanna, Ill | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Claim against Ing Financial Partners, inc. and o | Unknown | 30,000.00 | | 37,224.11 | FA |
| 13 | 2000 Chevy Venture | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2006 Chevy Uplander (subject to $20,000.00 lien | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 400 Artic Cat four-wheeler | 200.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2003 Ford | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | Inventory: feed, hay | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | Crops, growing (corn) | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | Farming equipment and implements: 4-wheeler $4,5 | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | Equipment used in Curves business | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 21 | Lawn mower | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.85 | FA |
| 22 | Assets   Totals (Excluding unknown values) | $356,850.00 | $30,000.00 | | $37,225.96 | $0.00 |

**Major Activities Affecting Case Closing:**

Have settled securities broker litigation. Waiting on funding. Claims objection have been filed.

Printed: 07/19/2011 11:02 AM   V.12.57

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-71404  
**Case Name:** NEIS, CHRISTOPHER W.  
NEIS, ANGELA A.  
**Period Ending:** 07/19/11

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/08/09 (f)  
**§341(a) Meeting Date:** 05/20/09  
**Claims Bar Date:** 03/11/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2010   **Current Projected Date Of Final Report (TFR):** July 13, 2011 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-71404 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | NEIS, CHRISTOPHER W. | | Bank Name: | The Bank of New York Mellon |
| | NEIS, ANGELA A. | | Account: | 9200-******78-65 - Money Market Account |
| Taxpayer ID #: | **-***1044 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 07/19/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #}/ Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/09/11 | {12} | Higgins & Burke, P.C. | ProEquities settlement | 1129-000 | 54,000.00 | | 54,000.00 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.17 | | 54,000.17 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.79 | | 54,000.96 |
| 04/07/11 | | To Account #9200******7866 | Funds to pay Attys | 9999-000 | | 19,108.22 | 34,892.74 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.49 | | 34,893.23 |
| 05/16/11 | {12} | Higgins & Burke, P.C. | settlement funds | 1129-000 | 2,000.00 | | 36,893.23 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 36,893.52 |
| 06/01/11 | | To Account #9200******7866 | pay bond premium | 9999-000 | | 30.40 | 36,863.12 |
| 06/09/11 | | To Account #9200******7866 | Transfer funds to pay PI Atty & Debtor | 9999-000 | | 18,775.89 | 18,087.23 |
| 06/17/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.11 | | 18,087.34 |
| 06/17/11 | | To Account #9200******7866 | Preparatiaon of F. Rpt | 9999-000 | | 18,087.34 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 56,001.85 | 56,001.85 | $0.00 |
| | Less: Bank Transfers | 0.00 | 56,001.85 | |
| | Subtotal | 56,001.85 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $56,001.85 | $0.00 | |

{} Asset reference(s)                                             Printed: 07/19/2011 11:02 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-71404 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | NEIS, CHRISTOPHER W. | | Bank Name: | The Bank of New York Mellon |
| | NEIS, ANGELA A. | | Account: | 9200-******78-66 - Checking Account |
| Taxpayer ID #: | **-***1044 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/19/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/07/11 | | From Account #9200******7865 | Funds to pay Attys | 9999-000 | 19,108.22 | | 19,108.22 |
| 04/07/11 | 101 | Higgins & Burke, PC | Pymt of Atty. fees/costs per Court Order of 4/6/11 | 3210-600 | | 19,108.22 | 0.00 |
| 06/01/11 | | From Account #9200******7865 | pay bond premium | 9999-000 | 30.40 | | 30.40 |
| 06/01/11 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-71404, BOND #016018067 | 2300-000 | | 30.39 | 0.01 |
| 06/09/11 | | From Account #9200******7865 | Transfer funds to pay PI Atty & Debtor | 9999-000 | 18,775.89 | | 18,775.90 |
| 06/09/11 | 103 | Higgins & Burke, P.C. | payment of fees per Court Order of 6/8/11 | 3210-600 | | 660.00 | 18,115.90 |
| 06/09/11 | 104 | Christopher Neis | pymt of Debtors litigation proceeds - per Court Order 6/8/11 | 8200-052 | | 18,115.89 | 0.01 |
| 06/17/11 | | From Account #9200******7865 | Preparatiaon of F. Rpt | 9999-000 | 18,087.34 | | 18,087.35 |

| | ACCOUNT TOTALS | 56,001.85 | 37,914.50 | $18,087.35 |
|---|---|---|---|---|
| | Less: Bank Transfers | 56,001.85 | 0.00 | |
| | Subtotal | 0.00 | 37,914.50 | |
| | Less: Payments to Debtors | | 18,115.89 | |
| | NET Receipts / Disbursements | $0.00 | $19,798.61 | |

| Net Receipts : | 56,001.85 |
|---|---|
| Less Payments to Debtor : | 18,115.89 |
| Net Estate : | $37,885.96 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******78-65 | 56,001.85 | 0.00 | 0.00 |
| Checking # 9200-******78-66 | 0.00 | 19,798.61 | 18,087.35 |
| | $56,001.85 | $19,798.61 | $18,087.35 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: March 11, 2010

Case Number: 09-71404  
Debtor Name: NEIS, CHRISTOPHER W.

Page: 1

Date: July 19, 2011  
Time: 11:02:27 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $4,538.60 | $0.00 | 4,538.60 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $271.36 | $0.00 | 271.36 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $2,992.50 | $0.00 | 2,992.50 |
| 8P<br>570 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Priority | | $22,826.61 | $0.00 | 22,826.61 |
| 13P<br>570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $2,527.35 | $0.00 | 2,527.35 |
| 6S<br>100 | Wells Fargo Financial Leasing<br>c/o Atty. Dale G. Haake<br>Katz, Huntoon & Fieweger PC, POB 950<br>Moline, IL 61266 | Secured | Allowed but no distribution to be made | $0.00 | $0.00 | 0.00 |
| 8S<br>100 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Secured | | $4,118.45 | $0.00 | 4,118.45 |
| 22<br>100 | United Leasing<br>3275 Intertech Drive, Suite 100<br>Brookfield, WI 53045 | Secured | Allowed but no distribution to be made | $0.00 | $0.00 | 0.00 |
| 24<br>100 | Rock River Dairy Equipment, Inc.<br>POB 389<br>Morrison, IL 61270 | Secured | Allowed but no distribution to be made | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Discover Bank<br>DFS Services LLC<br>POB 3025<br>New Albany, OH 43054 | Unsecured | | $15,587.54 | $0.00 | 15,587.54 |
| 2<br>610 | Discover Bank<br>DFS Services LLC<br>POB 3025<br>New Albany, OH 43054 | Unsecured | | $2,895.02 | $0.00 | 2,895.02 |
| 3<br>610 | Polhill's, Inc.<br>424 North Main<br>P.O. Box 818<br>Milledgeville, IL 61051 | Unsecured | | $581.80 | $0.00 | 581.80 |
| 4<br>610 | Doug Walter<br>4812 East Massbach Road<br>Elizabeth, IL 61028 | Unsecured | | $1,633.50 | $0.00 | 1,633.50 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: March 11, 2010

Case Number: 09-71404  
Debtor Name: NEIS, CHRISTOPHER W.

Page: 2

Date: July 19, 2011  
Time: 11:02:27 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5<br>610 | Agri-King Nutrition, Inc.<br>P.O. Box 229<br>Fulton, IL 61252 | Unsecured | | $12,101.65 | $0.00 | 12,101.65 |
| 6U<br>610 | Wells Fargo Financial Leasing<br>c/o Atty. Dale G. Haake<br>Katz, Huntoon & Fieweger PC, POB 950<br>Moline, IL 61266 | Unsecured | | $126,834.50 | $0.00 | 126,834.50 |
| 7<br>610 | CNH Capital<br>P.O. Box 1083<br>Evansville, IN 47706-1083 | Unsecured | | $18,545.64 | $0.00 | 18,545.64 |
| 8U<br>610 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Unsecured | | $8,320.30 | $0.00 | 8,320.30 |
| 9<br>610 | FS Agri-Finance as assignee of Caroll Service Co.<br>c/o 1st Farm Credit Services<br>2950 N. Main St. - Suite 2<br>Princeton, IL 61356 | Unsecured | | $16,329.14 | $0.00 | 16,329.14 |
| 10<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $305.06 | $0.00 | 305.06 |
| 11<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $302.02 | $0.00 | 302.02 |
| 12<br>610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $4,739.38 | $0.00 | 4,739.38 |
| 13U<br>610 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $49.37 | $0.00 | 49.37 |
| 14<br>610 | CNH Capital America LLC<br>POB 3600<br>Lancaster, PA 17604 | Unsecured | | $3,110.91 | $0.00 | 3,110.91 |
| 15<br>610 | GE Money Bank dba SAM'S CLUB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $3,728.67 | $0.00 | 3,728.67 |
| 16<br>610 | GE Money Bank dba WALMART<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $886.79 | $0.00 | 886.79 |
| 17<br>610 | GE Money Bank dba JCPENNEY CREDIT SERVICES<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $2,826.59 | $0.00 | 2,826.59 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: March 11, 2010

Case Number: 09-71404  
Debtor Name: NEIS, CHRISTOPHER W.  
Page: 3  
Date: July 19, 2011  
Time: 11:02:27 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18 610 | GE Money Bank dba OLD NAVY<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $644.36 | $0.00 | 644.36 |
| 19 610 | Chase Bank USA, N.A.<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $956.38 | $0.00 | 956.38 |
| 20 610 | Senneff Trucking, Inc.<br>5000 Oil Valley School Road<br>Mt. Carroll, IL 61053 | Unsecured | | $592.18 | $0.00 | 592.18 |
| 21 610 | PYOD LLC its successors and assigns as assignee of<br>Citibank,c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1,084.97 | $0.00 | 1,084.97 |
| 23 610 | GE Money Bank dba BLAIN'S FARM & FLEET/GEMB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | Unsecured | | $3,505.09 | $0.00 | 3,505.09 |
| 25 610 | Carroll Service Company<br>c/o Attorney Edward J. Mitchell<br>110 North Broad Street<br>Lanark, IL 61046 | Unsecured | | $12,206.71 | $0.00 | 12,206.71 |
| 26 610 | John Heldt and Shawn Heldt<br>c/o Attorney Kip E. Meyers<br>100 South Broad St., P.O. Box 114<br>Lanark, IL 61046 | Unsecured | | $15,838.00 | $0.00 | 15,838.00 |
| << Totals >> | | | | 290,880.44 | 0.00 | 290,880.44 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-71404
Case Name: NEIS, CHRISTOPHER W.
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:** $ 18,087.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8S | Internal Revenue Service | 4,118.45 | 4,118.45 | 0.00 | 4,118.45 |

Total to be paid to secured creditors: $ 4,118.45
Remaining balance: $ 13,968.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 4,538.60 | 0.00 | 4,538.60 |
| Trustee, Expenses - JOSEPH D. OLSEN | 271.36 | 0.00 | 271.36 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 2,992.50 | 0.00 | 2,992.50 |

Total to be paid for chapter 7 administration expenses: $ 7,802.46
Remaining balance: $ 6,166.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,166.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $25,353.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | Internal Revenue Service | 22,826.61 | 0.00 | 5,551.75 |
| 13P | Illinois Department of Revenue | 2,527.35 | 0.00 | 614.69 |

UST Form 101-7-TFR (05/1/2011)

| | Total to be paid for priority claims: | $ | 6,166.44 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 253,605.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 15,587.54 | 0.00 | 0.00 |
| 2 | Discover Bank | 2,895.02 | 0.00 | 0.00 |
| 3 | Polhill's, Inc. | 581.80 | 0.00 | 0.00 |
| 4 | Doug Walter | 1,633.50 | 0.00 | 0.00 |
| 5 | Agri-King Nutrition, Inc. | 12,101.65 | 0.00 | 0.00 |
| 6U | Wells Fargo Financial Leasing | 126,834.50 | 0.00 | 0.00 |
| 7 | CNH Capital | 18,545.64 | 0.00 | 0.00 |
| 8U | Internal Revenue Service | 8,320.30 | 0.00 | 0.00 |
| 9 | FS Agri-Finance as assignee of Caroll Service Co. | 16,329.14 | 0.00 | 0.00 |
| 10 | Chase Bank USA, N.A. | 305.06 | 0.00 | 0.00 |
| 11 | Chase Bank USA, N.A. | 302.02 | 0.00 | 0.00 |
| 12 | Chase Bank USA, N.A. | 4,739.38 | 0.00 | 0.00 |
| 13U | Illinois Department of Revenue | 49.37 | 0.00 | 0.00 |
| 14 | CNH Capital America LLC | 3,110.91 | 0.00 | 0.00 |
| 15 | GE Money Bank dba SAM'S CLUB | 3,728.67 | 0.00 | 0.00 |
| 16 | GE Money Bank dba WALMART | 886.79 | 0.00 | 0.00 |
| 17 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 2,826.59 | 0.00 | 0.00 |
| 18 | GE Money Bank dba OLD NAVY | 644.36 | 0.00 | 0.00 |
| 19 | Chase Bank USA, N.A. | 956.38 | 0.00 | 0.00 |
| 20 | Senneff Trucking, Inc. | 592.18 | 0.00 | 0.00 |
| 21 | PYOD LLC its successors and assigns as assignee of | 1,084.97 | 0.00 | 0.00 |
| 23 | GE Money Bank dba BLAIN'S FARM & FLEET/GEMB | 3,505.09 | 0.00 | 0.00 |
| 25 | Carroll Service Company | 12,206.71 | 0.00 | 0.00 |

UST Form 101-7-TFR (05/1/2011)

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

UST Form 101-7-TFR (05/1/2011)