# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: NEIS, CHRISTOPHER W. § <br> NEIS, ANGELA A. § <br> § <br> Debtor(s) § | Case No. 09-71404 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/31/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 07/13/2011      By: /s/JOSEPH D. OLSEN
                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: NEIS, CHRISTOPHER W. § | Case No. 09-71404 |
| NEIS, ANGELA A. § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 56,001.85 |
| *and approved disbursements of* | $ 37,914.50 |
| *leaving a balance on hand of* [1] | $ 18,087.35 |
| **Balance on hand:** | $ 18,087.35 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8S | Internal Revenue Service | 4,118.45 | 4,118.45 | 0.00 | 4,118.45 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 4,118.45 |
| Remaining balance: | $ | 13,968.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 4,538.60 | 0.00 | 4,538.60 |
| Trustee, Expenses - JOSEPH D. OLSEN | 271.36 | 0.00 | 271.36 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 2,992.50 | 0.00 | 2,992.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 7,802.46 |
| Remaining balance: | $ | 6,166.44 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,166.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $25,353.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8P | Internal Revenue Service | 22,826.61 | 0.00 | 5,551.75 |
| 13P | Illinois Department of Revenue | 2,527.35 | 0.00 | 614.69 |

Total to be paid for priority claims: $ 6,166.44
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 253,605.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 15,587.54 | 0.00 | 0.00 |
| 2 | Discover Bank | 2,895.02 | 0.00 | 0.00 |
| 3 | Polhill's, Inc. | 581.80 | 0.00 | 0.00 |
| 4 | Doug Walter | 1,633.50 | 0.00 | 0.00 |
| 5 | Agri-King Nutrition, Inc. | 12,101.65 | 0.00 | 0.00 |
| 6U | Wells Fargo Financial Leasing | 126,834.50 | 0.00 | 0.00 |
| 7 | CNH Capital | 18,545.64 | 0.00 | 0.00 |
| 8U | Internal Revenue Service | 8,320.30 | 0.00 | 0.00 |
| 9 | FS Agri-Finance as assignee of Caroll Service Co. | 16,329.14 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 | Chase Bank USA, N.A. | 365.06 | 0.00 | 0.00 |
| 11 | Chase Bank USA, N.A. | 302.02 | 0.00 | 0.00 |
| 12 | Chase Bank USA, N.A. | 4,739.38 | 0.00 | 0.00 |
| 13U | Illinois Department of Revenue | 49.37 | 0.00 | 0.00 |
| 14 | CNH Capital America LLC | 3,110.91 | 0.00 | 0.00 |
| 15 | GE Money Bank dba SAM'S CLUB | 3,728.67 | 0.00 | 0.00 |
| 16 | GE Money Bank dba WALMART | 886.79 | 0.00 | 0.00 |
| 17 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 2,826.59 | 0.00 | 0.00 |
| 18 | GE Money Bank dba OLD NAVY | 644.36 | 0.00 | 0.00 |
| 19 | Chase Bank USA, N.A. | 956.38 | 0.00 | 0.00 |
| 20 | Senneff Trucking, Inc. | 592.18 | 0.00 | 0.00 |
| 21 | PYOD LLC its successors and assigns as assignee of | 1,084.97 | 0.00 | 0.00 |
| 23 | GE Money Bank dba BLAIN'S FARM & FLEET/GEMB | 3,505.09 | 0.00 | 0.00 |
| 25 | Carroll Service Company | 12,206.71 | 0.00 | 0.00 |
| 26 | John Heldt and Shawn Heldt | 15,838.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||  |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 09-71404-MB
Christopher W. Neis                                                 Chapter 7
Angela A. Neis
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-3          User: cbachman              Page 1 of 3                   Date Rcvd: Jul 26, 2011
                              Form ID: pdf006             Total Noticed: 112


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2011.
db/jdb        +Christopher W. Neis,    Angela A. Neis,    12433 Loran Road,    Mt. Carroll, IL 61053-9238
aty           +Craig A Willette,    Yalden Olsen & Willette,     1318 E State Street,    Rockford, IL 61104-2228
aty           +Joseph D. Olsen,    Yalden, Olsen & Willette,     1318 East State Street,    Rockford, IL 61104-2228
aty           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
                Rockford, IL 61108-2579
tr            +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
13760879      +Adeline Sand & Gravel, Inc.,    8431 North Cherry Road,    Forreston, IL 61030-9219
13760880      +Agri-King Nutrition, Inc.,    P.O. Box 229,   Fulton, IL 61252-0229
13760881      +Allied Waste Services,    2105 Lincoln Way,   Clinton, IA 52732-7213
13760882       Allied Waste Services #015,    P.O. Box 9001154,    Louisville, KY 40290-1154
13760896       BP/Chase,   Cardmember Service,    P.O. Box 15325,    Wilmington, DE 19886-5325
13760897       BP/Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
13760898       BP/Chase,   Card Services,    P.O. Box 15049,   Wilmington, DE 19850-5049
13760899       BP/Chase,   P.O. Box 15299,    Wilmington, DE 19850-5299
13760884       Bank of America,    P.O. Box 15026,   Wilmington, DE 19850-5026
13760883       Bank of America,    P.O. Box 15726,   Wilmington, DE 19886-5726
13760885      +Birchen Farms, Inc.,    c/o Attorney David D. Shockey,    208 West Stephenson Street,
                Freeport, IL 61032-4325
13760886      +Birchen Farms, Inc.,    15247 West Busch Road,   Pearl City, IL 61062-9217
13760887      +Blackhawk FBFM,    115 South Walnut Avenue,   Freeport, IL 61032-4332
13760889       Blain’s Farm & Fleet,    GE Money Bank,   P.O. Box 981127,    El Paso, TX 79998-1127
13760888       Blain’s Farm & Fleet,    GE Money Bank,   P.O. Box 960061,    Orlando, FL 32896-0061
13760890       Blain’s Farm & Fleet,    GE Money Bank,   P.O. Box 981438,    El Paso, TX 79998-1438
13760892       Blain’s Farm & Fleet Plan,    P.O. Box 689182,   Des Moines, IA 50368-9182
13760891       Blain’s Farm & Fleet Plan,    Processing Center,    Des Moines, IA 50364-0001
13760893      +Bluegreen Corporation,    Attn: Jamie Stewart, Collections,    4960 Conference Way North, #100,
                Boca Raton, FL 33431-4413
13760894       Bluegreen Resorts Management, Inc.,    Bluegreen Vacation Club,    P.O. Box 105192,
                Atlanta, GA 30348-5192
13760895      +Bluegreen Vacation Club,    4960 Conference Way North,    Suite 100,    Boca Raton, FL 33431-3311
13760900      +Bushmans Service,    309 Washington,   Milledgeville, IL 61051-9292
13760908       CNH Capital,   Dept. CH 10460,    Palatine, IL 60055-0460
13760909       CNH Capital,   P.O. Box 1083,    Evansville, IN 47706-1083
14943582      +CNH Capital America LLC,    POB 3600,   Lancaster, PA 17604-3600
13760910       CNH Capital America LLC,    P.O. Box 292,   Racine, WI 53401-0292
13760911       CNH Capital America, LLC,    P.O. Box 0507,   Carol Stream, IL 60132-0507
13760901       Capital One,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
13760902       Capital One Bank (USA), N.A.,    P.O. Box 6492,   Carol Stream, IL 60197-6492
13760903       Carroll Service Company,    P.O. Box 25,   Lanark, IL 61046-0025
13760904       Carroll Service Company,    505 Loran Road,   Lanark, IL 61046
13760905      +Carroll Service Company,    c/o Attorney Edward J. Mitchell,    110 North Broad Street,
                Lanark, IL 61046-1004
14892713       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14970261      +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,
                Dallas, TX 75374-0933
13760906       Citizen’s Automobile Finance,    P.O. Box 42002,   Providence, RI 02940-2002
13760907       Citizen’s Automobile Finance, Inc.,    P.O. Box 42113,    Providence, RI 02940-2113
13760920       Disney Chase,    P.O. Box 15298,   Wilmington, DE 19850-5298
13760917       Disney Chase,    Cardmember Service,   P.O. Box 15153,    Wilmington, DE 19886-5153
13760918       Disney Chase,    Card Services,   P.O. Box 15049,    Wilmington, DE 19850-5049
13760919       Disney Chase,    Customer Service,   P.O. Box 15299,    Wilmington, DE 19850-5299
13760921      +Doug Walter,    4812 East Massbach Road,   Elizabeth, IL 61028-9771
13760922      +Eastland Fabrication, LLC,    14273 Illinois Route 73,    Lanark, IL 61046-8860
13760925      +FHN,   P.O. Box 857,    Freeport, IL 61032-0857
13760926       FHN Physician Services,    P.O. Box 268,   Freeport, IL 61032-0268
13760927       FS Agri-Finance,    P.O. Box 7005,   Albert Lea, MN 56007-8005
14891428      +FS Agri-Finance as assignee of Caroll Service Co.,     c/o 1st Farm Credit Services,
                2950 N. Main St. - Suite 2,    Princeton, IL 61356-9817
13760923       Farm Credit Services,    P.O. Box 2409,   Omaha, NE 68103-2409
13760924      +Farm Credit Services of America,    5015 South 118th Street,    Omaha, NE 68137-2210
15074638      +GE Money Bank dba BLAIN’S FARM & FLEET/GEMB,    Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13760928      +Herrell Electric,    301 West Market Street,   P.O. Box 226,    Mt. Carroll, IL 61053-0226
13760929     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,      P.O. Box 1040,
                Galesburg, IL 61402-1040)
13760930     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,      Springfield, IL 62726-0001)
13760931     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     P.O. Box 21126,
                Philadelphia, PA 19114-0326)
14926522       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
```

```
District/off: 0752-3           User: cbachman              Page 2 of 3                  Date Rcvd: Jul 26, 2011
                               Form ID: pdf006             Total Noticed: 112


13760932       Internal Revenue Service,    P.O. Box 804527,    Cincinnati, OH 45280-4527
13760933      +Irv's Repair, Inc.,    P.O. Box 98,    701 North Calvert Avenue,    Chadwick, IL 61014-9445
13760937       John Deere Credit,    6400 NW 86th Street,    P.O. Box 6600,    Johnston, IA 50131-6600
13760938      +John Heldt,    Heldt Farms Custom Farming,    9957 Benson Road,    Lanark, IL 61046-8899
13760939      +John Heldt and Shawn Heldt,    c/o Attorney Kip E. Meyers,    100 South Broad St., P.O. Box 114,
                Lanark, IL 61046-0114
13760942      +Kunau Implement Co.,    420 West White Street,    Box 39,    Preston, IA 52069-9570
13760943      +Lanark Ag Center, inc.,    300 North Boyd Street,    Lanark, IL 61046-1062
13760944      +Lanark Dental Clinic, P.C.,    Dennis J. Walters, D.D.S.,    120 South Broad Street,
                Lanark, IL 61046-1204
13760945      +Linda A. Albright,    14303 West Loran Road,    Pearl City, IL 61062-9259
13760946      +Mahon Farms Custom Bagging Bailing,    11886 North Christian Hollow Road,    Winslow, IL 61089-9468
13760947      +Mt. Carroll Veterinary Clinic,    405 North Main Street,    Mt. Carroll, IL 61053-1025
14981612      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13760949      +Polhill's, Inc.,    424 North Main,    P.O. Box 818,    Milledgeville, IL 61051-0818
13760950      +Prairie State/Select Services,    41W394 U.S. Highway 20,    Hampshire, IL 60140-8896
13760951      +Quality Ready Mix Concrete Co., Inc,    14849 Lyndon Road,    Morrison, IL 61270-9549
13760952      +Rock River Dairy Equipment, Inc.,    POB 389,    Morrison, IL 61270-0389
13760954      +Rock River Dairy Equipment, Inc.,    c/o Attorney William R. Shirk,    P.O. Box 389,
                Morrison, IL 61270-0389
13760953      +Rock River Dairy Equipment, Inc.,    c/o Attorney William R. Shirk,    301 East Main Street,
                Morrison, IL 61270-2852
13760957      +Scott Haas,    11345 South Good Hope Road,    Elizabeth, IL 61028-9788
13760958      +Senneff Trucking, Inc.,    5000 Oil Valley School Road,    Mt. Carroll, IL 61053-9109
13760961      +Skid Steer Specialties,    405 South Schuyler Street,    P.O. Box 795,    Lena, IL 61048-0795
13760962      +Stearns Bank,    500 - 13th Street,    P.O. Box 750,    Albany, MN 56307-0750
13760963      +Stearns Bank, N.A.,    500 13th Street,    P.O. Box 750,    Albany, MN 56307-0750
13760964      +Telmark, LLC,    P.O. Box 4943,    Syracuse, NY 13221-4943
13760965      +The National Bank of Mt. Carroll,    309 North Clay Street,    Mt. Carroll, IL 61053-1105
13760966       Toys R Us - Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13760967       Toys R Us/Chase,    Cardmember Service,    P.O. Box 15325,    Wilmington, DE 19886-5325
13760975      +Wells Fargo Financial Leasing,    c/o Atty. Dale G. Haake,    Katz, Huntoon & Fieweger PC,
                POB 950,    Moline, IL 61266-0950

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13760912       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 27 2011 00:41:21      Discover,    P.O. Box 30395,
                Salt Lake City, UT 84130-0395
13760915       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 27 2011 00:41:21      Discover Card,
                P.O. Box 30943,    Salt Lake City, UT 84130
13760913       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 27 2011 00:41:21      Discover,    P.O. Box 6103,
                Carol Stream, IL 60197-6103
13760914      +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 27 2011 00:41:21      Discover Bank,
                DFS Services LLC,    POB 3025,    New Albany, OH 43054-3025
13760916       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 27 2011 00:41:21      Discover Card,
                P.O. Box 30421,    Salt Lake City, UT 84130-0421
14968894      +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 00:35:58
                GE Money Bank dba JCPENNEY CREDIT SERVICES,    Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14968895      +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 00:36:00      GE Money Bank dba OLD NAVY,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14968891      +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 00:35:59      GE Money Bank dba SAM'S CLUB,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14968892      +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 00:36:00      GE Money Bank dba WALMART,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13760935      +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 00:36:00      JCPenney,    P.O. Box 981131,
                El Paso, TX 79998-1131
13760934       E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 00:36:01      JCPenney,    P.O. Box 960090,
                Orlando, FL 32896-0090
13760936      +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 00:36:00      JCPenney/GE Money Bank,
                Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
13760940       E-mail/PDF: cr-bankruptcy@kohls.com Jul 27 2011 00:37:19      Kohl's,    P.O. Box 3043,
                Milwaukee, WI 53201-3043
13760941       E-mail/PDF: cr-bankruptcy@kohls.com Jul 27 2011 00:37:19      Kohl's Payment Center,
                P.O. Box 2983,    Milwaukee, WI 53201-2983
13760948      +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 01:04:35      Old Navy,    P.O. Box 36955,
                Canton, OH 44735-6955
13760955       E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 01:04:35      Sam's Club,    P.O. Box 530942,
                Atlanta, GA 30353-0942
13760956      +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 00:36:00      Sam's Club/GE Money Bank,
                Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
13760960       E-mail/Text: bankruptcy@bbandt.com Jul 27 2011 00:31:30      Sheffield Financial,
                P.O. Box 580229,    Charlotte, NC 28258-0229
13760968      +E-mail/Text: leasing1982@yahoo.com Jul 27 2011 00:03:05      United Leasing,
                3275 Intertech Drive, Suite 100,    Brookfield, WI 53045-5143
13760970       E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 00:35:59      Wal-Mart,    P.O. Box 981064,
                El Paso, TX 79998-1064
13760973       E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 01:04:35      Wal-Mart,    P.O. Box 981400,
                El Paso, TX 79998-1400
```

```
District/off: 0752-3          User: cbachman            Page 3 of 3              Date Rcvd: Jul 26, 2011
                              Form ID: pdf006           Total Noticed: 112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13760969      E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 00:36:00      Wal-Mart,   P.O. Box 530927,
               Atlanta, GA 30353-0927
13760971      E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 00:36:00      Wal-Mart,   P.O. Box 960098,
               Orlando, FL 32896-0098
13760972      E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 00:36:00      Wal-Mart,   P.O. Box 981401,
               El Paso, TX 79998-1401
13760974     +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2011 00:36:00      Wal-Mart/GE Money Bank,
               Attn: Bankruptcy Dept.,   P.O. Box 103104,   Roswell, GA 30076-9104
                                                                                             TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
13760959    ##+Shaun Heldt,   Heldt Farms Custom Farming,   8045 Center Drive,   Lanark, IL 61046-9071
                                                                                 TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2011**                    **Signature:**   *Joseph Speetjens*