**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: NEIS, CHRISTOPHER W.  § Case No. 09-71404
NEIS, ANGELA A.  §
  §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $356,850.00    Assets Exempt: $30,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,284.89    Claims Discharged
                                                Without Payment: $272,793.09

Total Expenses of Administration: $27,601.07

3) Total gross receipts of $ 56,001.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 18,115.89 (see **Exhibit 2**), yielded net receipts of $37,885.96 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $413,941.95 | $43,803.85 | $4,118.45 | $4,118.45 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 27,601.07 | 27,601.07 | 27,601.07 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 29,843.29 | 25,353.96 | 25,353.96 | 6,166.44 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 12,761.85 | 253,605.57 | 253,605.57 | 0.00 |
| **TOTAL DISBURSEMENTS** | $456,547.09 | $350,364.45 | $310,679.05 | $37,885.96 |

    4) This case was originally filed under Chapter 7 on April 08, 2009. The case was pending for 31 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _10/18/2011_____   By:_ /s/JOSEPH D. OLSEN_____
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Claim against Ing Financial Partners, inc. and o | 1129-000 | 56,000.00 |
| Interest Income | 1270-000 | 1.85 |
| **TOTAL GROSS RECEIPTS** | | **$56,001.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Christopher Neis | pymt of Debtors litigation proceeds - per Court Order 6/8/11 | 8200-052 | 18,115.89 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$18,115.89** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | Wells Fargo Financial Leasing | 4110-000 | N/A | 25,000.00 | 0.00 | 0.00 |
| 8S | Internal Revenue Service | 4110-000 | 4,073.30 | 4,118.45 | 4,118.45 | 4,118.45 |
| 22 | United Leasing | 4110-000 | N/A | 6,610.46 | 0.00 | 0.00 |
| 24 | Rock River Dairy Equipment, Inc. | 4110-000 | 8,653.03 | 8,074.94 | 0.00 | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 5,500.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 19,616.68 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 13,548.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 6,500.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 32,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 4,043.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | (blank name) | 4110-000 | 13,548.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 111,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 135,000.00 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 8,074.94 | N/A | N/A | 0.00 |
| NOTFILED | (blank name) | 4110-000 | 46,385.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$413,941.95** | **$43,803.85** | **$4,118.45** | **$4,118.45** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 4,538.60 | 4,538.60 | 4,538.60 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 271.36 | 271.36 | 271.36 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 2,992.50 | 2,992.50 | 2,992.50 |
| Higgins & Burke, PC | 3210-600 | N/A | 19,108.22 | 19,108.22 | 19,108.22 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 30.39 | 30.39 | 30.39 |
| Higgins & Burke, P.C. | 3210-600 | N/A | 660.00 | 660.00 | 660.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 27,601.07 | 27,601.07 | 27,601.07 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8P | Internal Revenue Service | 5800-000 | 23,101.29 | 22,826.61 | 22,826.61 | 5,551.75 |
| 13P | Illinois Department of Revenue | 5800-000 | N/A | 2,527.35 | 2,527.35 | 614.69 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | 2,115.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5200-000 | 4,627.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 29,843.29 | 25,353.96 | 25,353.96 | 6,166.44 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 15,587.54 | 15,587.54 | 0.00 |
| 2 | Discover Bank | 7100-000 | N/A | 2,895.02 | 2,895.02 | 0.00 |
| 3 | Polhill's, Inc. | 7100-000 | 566.96 | 581.80 | 581.80 | 0.00 |
| 4 | Doug Walter | 7100-000 | N/A | 1,633.50 | 1,633.50 | 0.00 |
| 5 | Agri-King Nutrition, Inc. | 7100-000 | 11,602.72 | 12,101.65 | 12,101.65 | 0.00 |
| 6U | Wells Fargo Financial Leasing | 7100-000 | N/A | 126,834.50 | 126,834.50 | 0.00 |
| 7 | CNH Capital | 7100-000 | N/A | 18,545.64 | 18,545.64 | 0.00 |
| 8U | Internal Revenue Service | 7100-000 | N/A | 8,320.30 | 8,320.30 | 0.00 |
| 9 | FS Agri-Finance as assignee of Caroll Service Co. | 7100-000 | N/A | 16,329.14 | 16,329.14 | 0.00 |
| 10 | Chase Bank USA, N.A. | 7100-000 | N/A | 305.06 | 305.06 | 0.00 |
| 11 | Chase Bank USA, N.A. | 7100-000 | N/A | 302.02 | 302.02 | 0.00 |
| 12 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,739.38 | 4,739.38 | 0.00 |
| 13U | Illinois Department of Revenue | 7100-000 | N/A | 49.37 | 49.37 | 0.00 |
| 14 | CNH Capital America LLC | 7100-000 | N/A | 3,110.91 | 3,110.91 | 0.00 |
| 15 | GE Money Bank dba SAM'S CLUB | 7100-000 | N/A | 3,728.67 | 3,728.67 | 0.00 |
| 16 | GE Money Bank dba WALMART | 7100-000 | N/A | 886.79 | 886.79 | 0.00 |
| 17 | GE Money Bank dba JCPENNEY CREDIT SERVICES | 7100-000 | N/A | 2,826.59 | 2,826.59 | 0.00 |
| 18 | GE Money Bank dba OLD NAVY | 7100-000 | N/A | 644.36 | 644.36 | 0.00 |
| 19 | Chase Bank USA, N.A. | 7100-000 | N/A | 956.38 | 956.38 | 0.00 |
| 20 | Senneff Trucking, Inc. | 7100-000 | 592.17 | 592.18 | 592.18 | 0.00 |
| 21 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,084.97 | 1,084.97 | 0.00 |
| 23 | GE Money Bank dba BLAIN'S FARM & FLEET/GEMB | 7100-000 | N/A | 3,505.09 | 3,505.09 | 0.00 |
| 25 | Carroll Service Company | 7100-000 | N/A | 12,206.71 | 12,206.71 | 0.00 |
| 26 | John Heldt and Shawn Heldt | 7100-000 | N/A | 15,838.00 | 15,838.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 12,761.85 | 253,605.57 | 253,605.57 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71404  
**Case Name:** NEIS, CHRISTOPHER W.  
NEIS, ANGELA A.  
**Period Ending:** 10/18/11

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 04/08/09 (f)  
**§341(a) Meeting Date:** 05/20/09  
**Claims Bar Date:** 03/11/10

| 1<br>Ref. # — Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Timeshare - Bluegreen Vacation | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 2  12433 Loran Road, | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 3  Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 4  Checking account - Savanna Thompson State Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 5  Checking account - National Bank Curves | 200.00 | 0.00 | DA | 0.00 | FA |
| 6  Household goods and furnishings | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 7  Baseball card collection | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8  Clothing - none of commercial value | 100.00 | 0.00 | DA | 0.00 | FA |
| 9  Furs and jewelry - none of commercial value | 100.00 | 0.00 | DA | 0.00 | FA |
| 10  IRA | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 11  Angela Neis owns Curves business in Savanna, Ill | 0.00 | 0.00 | DA | 0.00 | FA |
| 12  Claim against Ing Financial Partners, inc. and o | Unknown | 30,000.00 | | 37,224.11 | FA |
| 13  2000 Chevy Venture | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 14  2006 Chevy Uplander (subject to $20,000.00 lien | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 15  400 Artic Cat four-wheeler | 200.00 | 0.00 | DA | 0.00 | FA |
| 16  2003 Ford | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 17  Inventory: feed, hay | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 18  Crops, growing (corn) | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 19  Farming equipment and implements: 4-wheeler $4,5 | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 20  Equipment used in Curves business | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 21  Lawn mower | 500.00 | 0.00 | DA | 0.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 1.85 | FA |
| 22  Assets  Totals (Excluding unknown values) | **$356,850.00** | **$30,000.00** | | **$37,225.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

Have settled securities broker litigation.  Waiting on funding.  Claims objection have been filed.

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-71404
**Case Name:** NEIS, CHRISTOPHER W.
NEIS, ANGELA A.
**Period Ending:** 10/18/11

**Trustee:** (330400)  JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 04/08/09 (f)
**§341(a) Meeting Date:** 05/20/09
**Claims Bar Date:** 03/11/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010      **Current Projected Date Of Final Report (TFR):**   July 13, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-71404  
**Case Name:** NEIS, CHRISTOPHER W.  
NEIS, ANGELA A.  
**Taxpayer ID #:** **-***1044  
**Period Ending:** 10/18/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******78-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/09/11 | {12} | Higgins & Burke, P.C. | ProEquities settlement | 1129-000 | 54,000.00 | | 54,000.00 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.17 | | 54,000.17 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.79 | | 54,000.96 |
| 04/07/11 | | To Account #9200******7866 | Funds to pay Attys | 9999-000 | | 19,108.22 | 34,892.74 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.49 | | 34,893.23 |
| 05/16/11 | {12} | Higgins & Burke, P.C. | settlement funds | 1129-000 | 2,000.00 | | 36,893.23 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.29 | | 36,893.52 |
| 06/01/11 | | To Account #9200******7866 | pay bond premium | 9999-000 | | 30.40 | 36,863.12 |
| 06/09/11 | | To Account #9200******7866 | Transfer funds to pay PI Atty & Debtor | 9999-000 | | 18,775.89 | 18,087.23 |
| 06/17/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.11 | | 18,087.34 |
| 06/17/11 | | To Account #9200******7866 | Preparatiaon of F. Rpt | 9999-000 | | 18,087.34 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 56,001.85 | 56,001.85 | $0.00 |
| Less: Bank Transfers | | 0.00 | 56,001.85 | |
| **Subtotal** | | 56,001.85 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$56,001.85** | **$0.00** | |

{} Asset reference(s)

Printed: 10/18/2011 02:41 PM  V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-71404  
**Case Name:** NEIS, CHRISTOPHER W.  
NEIS, ANGELA A.  
**Taxpayer ID #:** **-***1044  
**Period Ending:** 10/18/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******78-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/07/11 | | From Account #9200******7865 | Funds to pay Attys | 9999-000 | 19,108.22 | | 19,108.22 |
| 04/07/11 | 101 | Higgins & Burke, PC | Pymt of Atty. fees/costs per Court Order of 4/6/11 | 3210-600 | | 19,108.22 | 0.00 |
| 06/01/11 | | From Account #9200******7865 | pay bond premium | 9999-000 | 30.40 | | 30.40 |
| 06/01/11 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-71404, BOND #016018067 | 2300-000 | | 30.39 | 0.01 |
| 06/09/11 | | From Account #9200******7865 | Transfer funds to pay PI Atty & Debtor | 9999-000 | 18,775.89 | | 18,775.90 |
| 06/09/11 | 103 | Higgins & Burke, P.C. | payment of fees per Court Order of 6/8/11 | 3210-600 | | 660.00 | 18,115.90 |
| 06/09/11 | 104 | Christopher Neis | pymt of Debtors litigation proceeds - per Court Order 6/8/11 | 8200-052 | | 18,115.89 | 0.01 |
| 06/17/11 | | From Account #9200******7865 | Preparatiaon of F. Rpt | 9999-000 | 18,087.34 | | 18,087.35 |
| 08/31/11 | 105 | Yalden, Olsen & Willette | Dividend paid 100.00% on $2,992.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,992.50 | 15,094.85 |
| 08/31/11 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $4,538.60, Trustee Compensation;  Reference: | 2100-000 | | 4,538.60 | 10,556.25 |
| 08/31/11 | 107 | JOSEPH D. OLSEN | Dividend paid 100.00% on $271.36, Trustee Expenses;  Reference: | 2200-000 | | 271.36 | 10,284.89 |
| 08/31/11 | 108 | Illinois Department of Revenue | Dividend paid  24.32% on $2,527.35; Claim# 13P; Filed: $2,527.35; Reference: | 5800-000 | | 614.69 | 9,670.20 |
| 08/31/11 | 109 | Internal Revenue Service | Combined Check for Claims#8P,8S | | | 9,670.20 | 0.00 |
| | | | Dividend paid  24.32%    5,551.75 on $22,826.61;  Claim# 8P; Filed: $22,826.61 | 5800-000 | | | 0.00 |
| | | | Dividend paid 100.00%    4,118.45 on $4,118.45;  Claim# 8S; Filed: $4,118.45 | 4110-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 56,001.85 | 56,001.85 | $0.00 |
| | | | Less: Bank Transfers | | 56,001.85 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 56,001.85 | |
| | | | Less: Payments to Debtors | | | 18,115.89 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$37,885.96** | |

{} Asset reference(s)

Printed: 10/18/2011 02:41 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-71404  
**Case Name:** NEIS, CHRISTOPHER W.  
NEIS, ANGELA A.  
**Taxpayer ID #:** **-***1044  
**Period Ending:** 10/18/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******78-66 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :            56,001.85  
Less Payments to Debtor :  18,115.89  
_____  
Net Estate :              $37,885.96

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******78-65 | 56,001.85 | 0.00 | 0.00 |
| Checking # 9200-******78-66 | 0.00 | 37,885.96 | 0.00 |
|  | $56,001.85 | $37,885.96 | $0.00 |

{} Asset reference(s)

Printed: 10/18/2011 02:41 PM    V.12.57